UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LILY PRODUCE, INC.,

Plaintiff,

- against -

ALARABI MARKET LLC t/a 5TH AVE KING FRUIT & VEGGIE, GOLD ORGANIC FARM INC. and RAFIK S. ALMAMLOUH,

Defendants.

Case No. 26-cv-4943 (LJL)

**FINAL ORDER AND JUDGMENT**

**THIS MATTER** having come before the Court on Plaintiff's application for a Final Order and Judgment; and it appearing that pursuant to the terms of the Stipulation and Order previously filed in this action, this Court is to enter this Final Order and Judgment immediately upon the filing of a declaration by Plaintiff's attorney which states that payment has not been made by Defendants as required by the Stipulation and Order and Defendants have failed to cure, or are not entitled to cure, the default in payment; and it appearing that Plaintiff's attorney has filed such a declaration and that Defendants have failed to make payment in accordance with the Stipulation and Order; and for good cause shown;

IT IS on this _26____ day of __August__, 2026___,

**ORDERED, ADJUDGED, AND DECREED** that plaintiff Lily Produce, Inc. is a qualified trust creditor and beneficiary under the provisions of the Perishable Agricultural Commodities Act, 7 U.S.C. § 499a *et seq*. ("PACA"), of defendants Alarabi Market LLC trading as 5th Ave King Fruit & Veggie ("Alarabi"), Gold Organic Farm Inc. ("Gold Organic") and Rafik S. Almamlouh ("Almamlouh"), jointly and severally, for a debt in the principal amount of $_53,532.00, plus interest at the rate of 18% *per annum* in the amount of $__3,352.91_ and reasonable attorneys' fees and costs in the amount of $_5,251.50, for a total judgment amount of $__62,136.41_ under the

trust provisions of the PACA; and it is further

**ORDERED** that Defendants shall, within five business days of service of this Order, turnover any and all funds realized from the sale of produce or products derived from produce in their possession to McCarron & Diess, attorneys for Plaintiff, located at 200 Broadhollow Road, Suite 207, Melville, New York, 11747 ("Plaintiff's Counsel"), for distribution to Plaintiff; and it is further

**ORDERED** that any and all funds belonging to Defendants, in the possession of third parties including but not limited to Defendants' banking institutions, shall be immediately turned over to Plaintiff's Counsel, for distribution to Plaintiff; and it is further

**ORDERED** that any and all funds owed to Defendants shall be paid directly to Plaintiff's Counsel, when due for distribution to Plaintiff; and it is further

**ORDERED** that Defendants shall supply to Plaintiff's Counsel, within five days of the date of this Order, any and all documents in their possession, custody or control which reflect or relate to Defendants' assets and liabilities, including, but not limited to, the most recent balance sheets, profit/loss statements, accounts receivable reports, accounts payable reports, accounts paid records, bank account statements and income tax returns; and it is further

**ORDERED** that the judgment entered in favor of Plaintiff and against Defendants, jointly and severally, is a final judgment, there being no just cause for delay in light of Plaintiff's statutory right to prompt payment under PACA, and Plaintiff may have immediate execution therefore.

**SO ORDERED:**
ENTERED this __26_ day of __August____, 2026___.

Lewis J. Liman
United States District Judge